176 So. 926

## Hubert (alias Herbert) STRICKLAND v. STATE.
### 4 Div. 359.

Court of Appeals of Alabama.
Nov. 9, 1937.

RICE, Judge.
Affirmed.

181 So. 925

## J. M. STRICKLAND v. STATE.
### 8 Div. 695.

Court of Appeals of Alabama.
June 7, 1938.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN; Presiding Judge.
Appeal dismissed.

185 So. 926

## Cecil STUBBS v. STATE.
### 6 Div. 370.

Court of Appeals of Alabama.
Dec. 20, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

186 So. 925

## Cecil STUBBS v. STATE.
### 6 Div. 371.

Court of Appeals of Alabama.
Jan. 10, 1939.

Morel Montgomery, of Birmingham, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

178 So. 927

## J. O. STUTTS v. STATE.
### 8 Div. 502.

Court of Appeals of Alabama.
Feb. 1, 1938.

BRICKEN, Presiding Judge.
Appeal dismissed.

189 So. 924

## Frank SUBER, Jr., v. STATE.
### 6 Div. 415.

Court of Appeals of Alabama.
May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.